652

HOUSTON PRINTING COMPANY V. TOM F. HUNTER.

Application No. 22852. Decided June 23, 1937.
(106 S. W., 2d Series, 1043.)

*Walter F. Woodul,* of Houston, and *J. T. Montgomery,* of Wichita Falls, for plaintiff in error.

*Taylor, Muse & Taylor,* and *Bruce Greenwood,* all of Wichita Falls, and *Fuller & Fuller,* of Houston, for defendant in error.

PER CURIAM:

We agree with the Court of Civil Appeals that the judgment of the trial court in this cause should be reversed. In our opinion, the evidence contained in this record does not raise the issue of actual malice upon which a claim for exemplary damages could be based. As to the legal sufficiency of the testimony introduced in support of the action for actual damages, we express no opinion thereon.

Opinion delivered June 23, 1937.